NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**KASSIDY A. PERKINS,**

*Claimant-Appellee*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellant*

———————————

2025-2003

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-6515, Chief Judge Michael P. Allen, Judge Joseph L. Toth, Judge Scott Laurer.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                  PERKINS V. COLLINS

    (2)  Each side shall bear their own costs.


                                                     FOR THE COURT


March 3, 2026
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** March 3, 2026